UNITED STATES of America,
Plaintiff–Appellee,

v.

Joshua Edward LEDKINS,
Defendant–Appellant.

No. 10–12005
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 21, 2010.

Steven E. Butler, Assistant U.S. Attorney, Donna Barrow Dobbins, George F. May, Assistant U.S. Attorney, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Deborah A. Griffin, Assistant U.S. Attorney, Mobile, AL, for Plaintiff–Appellee.

Robert A. Ratliff, Robert A. Ratliff, P.C., Mobile, AL, for Defendant–Appellant.

Before HULL, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Joshua Edward Ledkins in this direct criminal appeal, has moved to withdraw from further representation of Ledkins and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Ledkins's conviction and sentence is **AFFIRMED.**